I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-15-13

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN 15 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAYVON DeSHAWN HALES,<br><br>　　　　Petitioner,<br><br>vs.<br><br>T. VIRGA,<br><br>　　　　Respondent. | Case No. CV 12-8245-MWF (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: January 14, 2013

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 15 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY